Floyd W. Bybee, #012651
**FLOYD W. BYBEE, PLLC**
2473 S. Higley Road
Suite 104, #308
Gilbert, Arizona 85297
Office: (480) 756-8822
Fax: (480) 756-8882
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| **Steven Ramar,**<br><br>　　Plaintiff,<br><br>v.<br><br>**Alan H. Zimmerman, P.C.,**<br>**Alan H. Zimmerman;**<br><br>　　Defendants. | No.  CV 06-2103-PHX-SRB<br><br>**NOTICE OF SETTLEMENT** |

　　Notice is hereby given that Plaintiff and Defendants have reached a settlement in this matter, and will submit appropriate dismissal papers within thirty (30) days.

　　DATED   October 26, 2006  .


　　　　　　　　　　　　　　　　　　　s/ Floyd W. Bybee
　　　　　　　　　　　　　　　　　Floyd W. Bybee, #012651
　　　　　　　　　　　　　　　　　**FLOYD W. BYBEE, PLLC**
　　　　　　　　　　　　　　　　　2473 S. Higley Road
　　　　　　　　　　　　　　　　　Suite 104, #308
　　　　　　　　　　　　　　　　　Gilbert, Arizona 85297
　　　　　　　　　　　　　　　　　floyd@bybeelaw.com

　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on  October 26, 2006   the attached document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Allan H. Zimmerman**
Attorney for Defendants

by   s/ Floyd W. Bybee