# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Ramar,<br><br>    Plaintiff,<br><br>v.<br><br>Alan H. Zimmerman, P.C.,<br>Alan H. Zimmerman;<br><br>    Defendants. | No.  CV 06-2103-PHX-SRB<br><br>ORDER |

Pursuant to the Joint Stipulation and Motion for Dismissal with Prejudice filed with the Court, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice.

**IT IS FURTHER ORDERED** each party will bear its own costs and attorney's fees incurred herein.

DATED this 5th day of December, 2006.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge